

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

J. Matthew Williams
Partner
(202) 355-7904 Phone
(202) 355-7984 Fax
mxw@msk.com

January 22, 2019

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:     <u>Chevrestt v. CPX Interactive LLC, No. 18-CV-11490 (JMF)</u>

Dear Judge Furman:

     We represent the Defendant, CPX Interactive LLC, in the above-referenced case. We write to inform the Court that the parties have reached a settlement in this case. Once the settlement agreement is fully executed, Plaintiff will file a notice of voluntary dismissal with prejudice. Given that the parties are resolving the case, Defendant respectfully withdraws its Rule 37 pre-motion letter, filed January 17, 2019.

     We appreciate the Court's time and consideration of these matters.

Respectfully submitted,


<u>/s/ J. Matthew Williams</u>
J. Matthew Williams
Partner of
MITCHELL SILBERBERG & KNUPP LLP


cc: Plaintiff's counsel (via ECF)